JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURETEC INSURANCE COMPANY, a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN JORY CORPORATION, a California corporation; JOHN JORY LLC, a California limited liability company; JOHNSON & JORY PROPERTIES, LLC, a Delaware limited liability company; SHARON JORY, an individual; KENNETH A. JOHNSON, an individual; SHARON JORY trustee of the JORY FAMILY TRUST DATED APRIL 13, 1999; KENNETH A. JOHNSON II, trustee of the KENNY AND JULIA JOHNSON FAMILY TRUST,<br><br>Defendants. | CASE NO.: 8:21-cv-01017-JLS (KESx)<br><br>**JUDGMENT** |

Having ruled on summary judgment for Plaintiff SureTec Insurance Company ("SureTec"), judgment is hereby entered in favor of SureTec against Defendants John Jory Corporation; John Jory, LLC; Johnson & Jory Properties, LLC; Sharon Jory; Kenneth A. Johnson; Sharon Jory, trustee of the Jory Family Trust Dated April 13, 1999; Kenneth A. Johnson II, trustee of the Kenny and Julia Johnson Family Trust ("Defendants"), jointly and severally, requiring Defendants to pay or provide to SureTec on or before **October 21, 2022**, collateral in the amount of $3,801,370.81.

DATED: October 11, 2022

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE