Robert C. Niesley, Esq. (SBN 131373)
Amanda L. Marutzky, Esq. (SBN 274376)
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
4 Park Plaza, Suite 1000
Irvine, California 92614
Telephone: 949-852-6700
Facsimile:  949-221-3514
Email:  rniesley@watttieder.com
        amarutzky@watttieder.com

Attorneys for Plaintiff
SURETEC INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

| | |
|---|---|
| SURETEC INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN JORY CORPORATION, a California corporation; JOHN JORY LLC, a California limited liability company; JOHNSON & JORY PROPERTIES, LLC, a Delaware limited liability company; SHARON JORY, an individual; KENNETH A. JOHNSON, an individual; SHARON JORY trustee of the JORY FAMILY TRUST DATED APRIL 13, 1999; KENNETH A. JOHNSON II, trustee of the KENNY AND JULIA JOHNSON FAMILY TRUST,<br><br>Defendants. | CASE NO.: 8:21-cv-01017-JLS (KESx)<br><br>**SATISFACTION OF JUDGMENT**<br><br><br>Honorable Judge Josephine L. Staton<br>Courtroom 8A |

Plaintiff SURETEC INSURANCE COMPANY ("SureTec"), by and through its undersigned counsel, hereby acknowledges and confirms that judgment entered on October 11, 2022, in SureTec's favor against Defendants John Jory Corporation; John Jory, LLC; Johnson & Jory Properties, LLC; Sharon Jory; Kenneth A. Johnson; Sharon Jory, trustee of the Jory Family Trust Dated April 13, 1999; Kenneth A.

Johnson II, trustee of the Kenny and Julia Johnson Family Trust (collectively, the "Defendants"), jointly and severally, in the above-captioned action has been satisfied.

Dated: June 6, 2024          Watt, Tieder, Hoffar & Fitzgerald, L.L.P.

By: _____
Robert C. Niesley
Amanda L. Marutzky
Attorneys for Plaintiff
SURETEC INSURANCE COMPANY

20257424.2 103093.00019